AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ERIC ZAHLER,

               Petitioner,

               v.

DR. IMELDA BORROMEO, DR. PATERAS AND UNKNOWN NAMED AGENTS OF STATE OF WASHINGTON,

               Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3060-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Reports and Recommendations are ADOPTED in their entirety, this habeas action is DISMISSED without prejudice to Petitioner seeking appropriate relief in the state courts, and the pending Motions are DENIED as moot.

An appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

| | |
|---|---|
| February 22, 2011 | JAMES R. LARSEN |
| *Date* | Clerk |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |